[No. 68826-0-I.   Division One.   December 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER A. MILLER, *Appellant*.

The opinion in the above captioned case, which appeared in the advance sheets at 178 Wn. App. 381-94, has not been published in this permanent bound volume pursuant to an order of the Court of Appeals dated March 31, 2014, partially denying reconsideration, withdrawing the opinion, and substituting a new opinion. See 180 Wn. App. 413.